ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~SOUTH CAROLINA~~ Hawaii

Glynn David Von Fox

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Chancles Patrick II; The Sovereign Country of Japan; Japanese Immigration Dept.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. CV23-00590 HG RT

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

IFP SUBM.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2023

at 3 o'clock and 45 min. P M
Lucy H. Carrillo, Clerk
LS

cc: HG/Filer

Received By Mail
Date DEC 11 2023

Mailed On
Date DEC 12 2023

I.  The Parties to This Complaint

  A.  The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Gly Alprauad Von Fox
  Street Address: 4240 old pointe rely Apt B.2
  City and County: Hanahan – Berkeley
  State and Zip Code: South Carolina 29410
  Telephone Number: (843) 996-2686

  B.  The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1
   Name: Charles Ali. Patrick, III
   Job or Title (if known): Asst. Solicitor
   Street Address: 950 Taylor St,
   City and County: Columbia – Richland
   State and Zip Code: South Carolina 29202
   Telephone Number:

  Defendant No. 2
   Name: The Sovereign Country of Japan;
   Job or Title (if known): Government
   Street Address: Central Common Govr. Offices No. 8
   City and County: 1-6-1 Nagaatacho Chiyoda-ku
   State and Zip Code: Tokyo 100-8914
   Telephone Number:

  Defendant No. 3
   Name: Japanese Immigration Department

2

Job or Title (if known)  Government or Tokyo
Street Address  5 Chome-5-30 Konan,
City and County  Minato City
State and Zip Code  Tokyo 108-8255  Japan
Telephone Number  +81 3-5796-7112

Defendant No. 4

Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

UN Charter Treaty; UN Human Rights Treaty; U.S. Civil Rights Act; U.S. Constitution

3

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1. The Plaintiff(s)

        a. If the plaintiff is an individual

        The plaintiff, (name) _Glysandra vid Valf_ is a citizen of the State of (name) _South Carolina_.

        b. If the plaintiff is a corporation

        The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2. The Defendant(s)

        a. If the defendant is an individual

        The defendant, (name) _Charles W. Parnicky III_ is a citizen of the State of (name) _South Carolina_. Or is a citizen of (foreign nation) _____.

        b. If the defendant is a corporation

        The defendant, (name) _The Courtney & Jupps_ is incorporated under the laws of the State of (name) _Japan_, and has its principal place of business in the State of (name) _Washington D.C._. Or is incorporated under the laws of (foreign nation) _Japan_, and has its principal place of business in (name) _Washington D.C._

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

11.3 million USD

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff extenstionaries damages from the access to Japanese Government Hold without the Japanese Emmigration Control parts, that gave the defendant Type II Diabetes, and the placement on documents w/thin a Total panic, that were for U.S. Supreme Court ratified.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The relief sought by the plaintiff, is due to the continued issue on Type II Diabetes on behalf of the Japanese Government in Tokyo.

5

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8th Dec, 20 23

Signature of Plaintiff
Printed Name of Plaintiff  Clyde Joravin Val Foy

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
Telephone Number
E-mail Address

6