IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GLYNN DAVID VON FOX, | ) Civ. No. 23-00590 HG-RT |
| Plaintiff, | ) |
| vs. | ) |
| CHARLES PATRICK, III, SOVEREIGN COUNTRY OF JAPAN, JAPANESE IMMIGRATION DEPARTMENT, GOVERNMENT OF TOKYO, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION AND DENY APPLICATION TO PROCEED WITHOUT PREPAYING FEES (ECF No. 6), AS MODIFIED**

On January 24, 2024, the Magistrate Judge filed a Findings and Recommendation. (ECF No. 6). The Findings and Recommendation was served on Plaintiff by mail on January 25, 2024. No objections having been filed by any Party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation (ECF No. 6) is adopted as the Opinion and Order of this Court, with the following modification:

The Court includes in this Order all Defendants listed in the Complaint (ECF No. 1) but omitted from the Findings and Recommendation caption: Charles Patrick, III; the Sovereign

///

///

Country of Japan; the Japanese Immigration Department; and the Government of Tokyo.

IT IS SO ORDERED.

DATED: February 14, 2024, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

Glynn David von Fox v. Charles Patrick, III; Sovereign Country of Japan; Japanese Immigration Department; Government of Tokyo, 23-cv-00590 HG-RT, **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION AND DENY APPLICATION TO PROCEED WITHOUT PREPAYING FEES (ECF No. 6), AS MODIFIED.**

2