## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| GLYNN DAVID VON FOX,<br><br>  Plaintiff,<br><br>  V.<br><br>CHARLES PATRICK, III,<br>SOVEREIGN COUNTRY OF<br>JAPAN, JAPANESE IMMIGRATION<br>DEPARTMENT, GOVERNMENT<br>OF TOKYO,<br><br>  Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00590 HG-RT<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>February 14, 2024<br><br>At 7 o'clock and 50 min a.m.<br>LUCY H. CARRILLO, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

On February 14, 2024, the Court issued its "ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION AND DENY APPLICATION TO PROCEED WITHOUT PREPAYING FEES (ECF No. 6), AS MODIFIED," ECF No. 8 (February 14, 2024 Order).

IT IS ORDERED AND ADJUDGED that the Complaint is hereby DISMISSED without prejudice and without leave to amend, and the Application to Proceed in District Court Without Prepayment of Fees or Costs (ECF No. 4) denied as moot, pursuant to and in accordance with the February 14, 2024 Order, and the "FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION AND DENY APPLICATION TO PROCEED WITHOUT PREPAYING FEES," ECF No. 6 filed January 24, 2024.

| | |
|---|---|
| February 14, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |